UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ANDRES MARRERO GONZALES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN M. FRIEND,<br><br>Respondent. | No. 5:20-CV-00066-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed.

Dated July 18, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge